RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 APR 19 PM 3:12

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Jimel Javier Ortiz-Delgado,**<br>a/k/a "La Jota,"<br><br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 23-155 (FAB)<br>VIOLATIONS:<br><br>18 U.S.C. § 933<br>18 U.S.C. § 922(o)<br>21 U.S.C. §§ 841(a)(1)<br>18 U.S.C. § 924(c)(1)(B)(ii)<br><br>(Seven Counts & Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT ONE
### Firearms Trafficking
### 18 U.S.C. § 933

On or about February 16, 2023, in the District of Puerto Rico, and within the jurisdiction of this Court,

**Jimel Javier Ortiz-Delgado,**
a/k/a "La Jota,"

did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: one model AM-15 pistol, bearing serial number 18238969, to a recipient person in and otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony, and did attempt to do so.

All in violation of 18 U.S.C. § 933(a)(1).

1

## COUNT TWO
### Firearms Trafficking
### 18 U.S.C. § 933

On or about February 22, 2023, in the District of Puerto Rico, and within the jurisdiction of this Court,

**Jimel Javier Ortiz-Delgado,
a/k/a "La Jota,"**

did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: one Glock pistol model 19, bearing serial number BVGW443, altered to fire automatically, to a recipient person in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony, and did attempt to do so.

All in violation of 18 U.S.C. § 933(a)(1).

## COUNT THREE
### Possession of a Machinegun
### 18 U.S.C. § 922(o)

On or about February 22, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

**Jimel Javier Ortiz-Delgado,
a/k/a "La Jota,"**

did knowingly and intentionally possess a machinegun; to wit, one Glock pistol model 19, bearing serial number BVGW443 modified to fire automatically more than one shot without manual reloading by a single function of the trigger.

All in violation of 18 U.S.C. §§ 922(o), 921(a)(23), and 924(a)(2).

## COUNT FOUR
### Distribution of Controlled Substances
### 21 U.S.C. § 841(a)(1)

On or about February 22, 2023, in the District of Puerto Rico, and within the jurisdiction of this Court,

**Jimel Javier Ortiz-Delgado,**
**a/k/a "La Jota,"**

did possess with intent to distribute and distribute detectable amounts of cocaine and N-phenyl-N-[1-(2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), Schedule II Narcotic Drug Controlled Substances.

All in violation of 18 U.S.C. § 841(a)(1).

## COUNT FIVE
### Possession of a Machinegun in Furtherance of a Drug Trafficking Crime
### 18 U.S.C. § 924(c)(1)(B)(ii)

On or about February 22, 2023, in the District of Puerto Rico, and within the jurisdiction of this Court,

**Jimel Javier Ortiz-Delgado,**
**a/k/a "La Jota,"**

did knowingly and unlawfully possess a machinegun, to wit: one Glock pistol model 19, bearing serial number BVGW443 modified to fire automatically more than one shot without manual reloading by a single function of the trigger, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, the distribution of controlled substances, as charged in Count Four of this Indictment, pursuant to 21 U.S.C. § 841(a)(1).

All in violation of 18 U.S.C. § 924(c)(1)(B)(ii).

## COUNT SIX
### Firearms Trafficking
### 18 U.S.C. § 933

On or about March 15, 2023, in the District of Puerto Rico, and within the jurisdiction of this Court,

**Jimel Javier Ortiz-Delgado,**
**a/k/a "La Jota,"**

did ship, transport, transfer, cause to be transported, and otherwise dispose of firearms, to wit: one model AR-15 style rifle with no model or serial number and one AR-15 style pistol with an obliterated serial number, to a recipient person in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony, and did attempt to do so.

All in violation of 18 U.S.C. § 933(a)(1).

## COUNT SEVEN
### Possession with Intent to Distribute Cocaine
### 21 U.S.C. § 841(a)(1)

On or about April 18, 2023, in the District of Puerto Rico, and within the jurisdiction of this Court,

**Jimel Javier Ortiz-Delgado,**
**a/k/a "La Jota,"**

did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance.

All in violation of 18 U.S.C. § 841(a)(1), (b)(1)(B).

## NARCOTICS FORFEITURE ALLEGATION
## 21 U.S.C. § 853

1. The allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841 the defendant, **Jimel Javier Ortiz-Delgado, a/k/a "La Jota,"** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses, including, but not limited to, $13,500 in US currency.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

5

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION

## 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offense set forth in Count Two of this Indictment, the defendant herein, **Jimel Javier Ortiz-Delgado, a/k/a "La Jota,"** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

(1) One pistol, model AM-15, Serial number: 18238969.

(2) One pistol, Polymer 80, Model: PF940V2, 9mm caliber with no serial number and with a 17 rounds magazine included.

(3) 52 rounds of .223 caliber ammunition.

(4) 25 rounds of 9mm caliber ammunition.

(5) Two black riffe magazines, .223 caliber.

(6) One pistol magazine, 9 mm caliber.

(7) One black pistol holster.

(8) Glock pistol model 19, serial number: BVGW443 loaded 16 rounds of 9mm caliber ammunition with a metal device commonly known as "Chip" that can convert the firearm into a machinegun.

(9) One AR-15 style rifle with no model or serial number.

(10)   One AR-15 style pistol with obliterated serial number.

(11)   52 rounds of .556 caliber ammunition.

(12)   One black rifle magazine (.556 caliber).

W. Stephen Muldrow
United States Attorney

TRUE BILL

_____
Teresa Zapata Valladares
Assistant United States Attorney
Deputy Chief, Gang Section

FOREPERSON

Date: _____4/19/23_____

_____
R. Vance Eaton
Special Assistant United States Attorney
Gang Section