### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE MARCOS E. LOPEZ**

DATE: April 19, 2023
AUSA Richard Vance Eaton

UNITED STATES OF AMERICA

Plaintiff

v

Jimel Javier Ortiz-Delgado
Defendant(s)

Return of
Indictment by the Grand Jury
Criminal No.  **23-CR-155 (FAB)**

Indictment was filed in open court.

**Arraignment to be set upon arrest.**

Case is assigned to Judge Francisco A. Besosa.

**NEW CASE:**

☐　　This Indictment supersedes Criminal Case No. ____.

☐　　Defendant(s) **appeared** in_____. Magistrate case merged and closed.

☐　　Defendant(s) charged in magistrate case -----. but **not arrested.**  Magistrate case merged and closed.

☒　　Defendant(s) **not charged** in magistrate case.

☐　　The Court granted the government's motion to seal.

☐　　Defendant(s) to remain on same bond.

☐　　Defendant(s) under custody:　　. Marshal to produce defendant(s).

☒　　Arrest warrants to be issued.

☐　　Summons to be issued.

**S/Marian B. Ramirez-Rivera**
Courtroom Deputy Clerk